IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROGER D. DABBS                                                                                    PLAINTIFF

vs.                                        Civil No. 2:09-cv-02101

MICHAEL J. ASTRUE                                                                            DEFENDANT
Commissioner, Social Security Administration

**<u>ORDER</u>**

Pending now before this Court is Plaintiff's Motion to Supplement Record. (Doc. No. 8).[1] Defendant has responded to this Motion and has no objections. (Doc. No. 10). The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. (Doc. No. 5). Pursuant to this authority, the Court issues this Order.

On December 9, 2009, Plaintiff filed a Motion to Supplement Record with a one-page document. (Doc. No. 8-1). The one-page document is page three of a six-page document, and the remainder of the document is already in the record. (Tr. 297-301).

Plaintiff states this document is relevant to the issues at hand because it sets forth limitations placed by the treating doctor on Plaintiff during the alleged period of disability. (Doc. No. 8). Plaintiff further states good cause for not submitting the evidence is present in that Plaintiff's counsel was unaware the full document had not been received until the transcript was abstracted for the preparation of the brief. (Doc. No. 8).

Based upon the foregoing, Plaintiff's Motion to Supplement Record (Doc. No 8) is

---

[1] The docket numbers for this case are referenced by the designation "Doc. No."

**GRANTED**, and said one page document, (Doc. No. 8-1) is admitted as additional evidence, supplementing the administrative record.

   **ENTERED** this **30th day of December, 2009.**

                /s/ Barry A. Bryant
                HON. BARRY A. BRYANT
                U.S. MAGISTRATE JUDGE